UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6563

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GBOLAHAN FRANCIS TAYO, a/k/a Douglas Warren
Johnson, a/k/a John Doe,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CR-95-28-BR, CA-95-106-5)

Submitted:  September 20, 1996        Decided:  October 1, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gbolahan Francis Tayo, Appellant Pro Se.  Thomas B. Murphy, Assis-
tant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying Appellant's motion for modification of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Tayo, No. CR-95-28-BR; CA-95-106-5 (E.D.N.C. Mar. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED